UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Andrew Nickels,

    Defendant.

_____/

Criminal No. 23-CR-20434

Honorable Laurie J. Michelson

**GOVERNMENT'S MOTION, SUPPORTING BRIEF
AND ORDER TO UNSEAL INDICTMENT**

The United States of America hereby moves for an order unsealing the Indictment in this case, and states:

1. The Indictment in this case charges the Defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment be unsealed because defendant has been arrested and is entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment.

                Respectfully submitted,

                Dawn N. Ison
                United States Attorney

                *s/Frances Lee Carlson*
                Frances Lee Carlson  P62624
                Assistant United States Attorney
                211 W. Fort Street, Suite 2001
                Detroit, MI 48226
                frances.carlson@usdoj.gov
                (313) 226-9696

Dated: August 11, 2023

**IT IS SO ORDERED.**

                s/David R. Grand
                David R. Grand
                United States Magistrate Judge

Entered: 8/11/23