UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

vs.

    Criminal No. 23-CR-20434

    Hon. Laurie J. Michelson

Andrew Nickels,

    Defendant.

_____/



FILED
AUG 1 1 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Andrew Nickels, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**As to Count 1**
**Transmitting Threats in Interstate Commerce**
**18 U.S.C. § 875(c)**

Up to five years imprisonment and/or a $250,000 fine.

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_Andrew Nickels_
Andrew Nickels
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

*/s/ Steven Scharg*
Steven Scharg
Counsel for Defendant

Dated: 8/11/23