UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

    Plaintiff,

vs.

ANDREW NICKELS,

    Defendant.
_____/

CASE NO. 23-20434
Hon. Laurie J. Michelson

## APPEARANCE

Please enter my Appearance as counsel on behalf of Defendant, Andrew Nickelsl, in the above-captioned matter.

Respectfully submitted,

s/Steven Scharg
STEVEN SCHARG (P43732)
Attorney for Defendant
615 Griswold, Suite 1120
Detroit, Michigan 48226
(313) 300-0214
Mi Bar No. P43732
Scharg1924@Gmail.com

Dated:  August 14, 2023