UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW NICKELS,

    Defendant.
_____/

Case No. 23-cr-20434

Hon. Laurie J. Michelson
Magistrate Judge Anthony P. Patti

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To: Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

| *Add the following Attorney(s):* | *Terminate the following AUSA(s):* |
|---|---|
| Name: Tanya Senanayake<br>Telephone: (202) 514-0849<br>Email: Tanya.Senanayake3@usdoj.gov | Name: None<br>Telephone: None<br>Email: None |

Respectfully submitted,

/s/ *Tanya Senanayake*
Tanya Senanayake
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Tanya.Senanayake3@usdoj.gov
(202) 514-0849

Dated: August 14, 2023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for the defendant.

Dated: August 14, 2023 /s/ *Tanya Senanayake*
Tanya Senanayake
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice