UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                           Case No. 2:23−cr−20434−LJM−APP
                                                 Hon. Laurie J. Michelson

Andrew Nickels,

           Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Andrew Nickels

The defendant(s) shall appear before District Judge Laurie J. Michelson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 212, Detroit, Michigan, for the following proceeding(s):

- SENTENCING: July 9, 2024 at 10:00 AM

**ADDITIONAL INFORMATION:** Sentencing memoranda due by July 2, 2024.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                              By: s/Erica L Parkin
                                                                   Case Manager

Dated: February 27, 2024